UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMIAH KYLLINGMARK and DELLA KYLLINGMARK, residents of Blaine, Whatcom County, Washington,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL GROUP, INC., a Massachusetts corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a member of Liberty Mutual Insurance Company of America Group, Inc.,<br><br>Defendants. | No. 2:23-cv-01556-RSM<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

This matter comes before the Court on Defendants' Motion to Dismiss pursuant to Rule 12(b)(6), Dkt. #10. Plaintiffs have failed to file a response brief, although the motion was re-noted to provide Plaintiffs with more time to respond. *See* Dkts. #12 and #13. Pursuant to Local Rule 7(b)(2), the Court considers this failure an admission that Defendants' Motion has merit.

The Court agrees with Defendants that this is a straightforward insurance coverage case. The Complaint alleges that Plaintiffs suffered over $80,000 in property damage from a neighbor's horses that "escaped from their corals [sic]." Dkt. #1-1 at 4. Losses directly or indirectly caused

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS – 1

by domestic animals are specifically excluded by the applicable insurance policy, issued by Defendant Safeco. Dkt. #11-1 at 19. The Court agrees with Defendants that named Defendant Liberty Mutual Group, Inc. did not issue the policy in question and is not a proper party to this litigation.

The Court can consider the insurance policy at this stage because it is incorporated by reference in the Complaint and there is no dispute that the policy attached by Defendants is correct. The Court agrees with Defendants that horses are domestic animals. Plaintiffs' claim was therefore made for an excluded loss, and Defendant Safeco properly denied coverage. Plaintiffs' claims also appear untimely given the policy's one-year suit limitation clause. Given all of this, Plaintiffs' bad faith and CPA claims are properly dismissed as well. Defendants have successfully demonstrated that all of Plaintiffs' claims are properly dismissed under Rule 12(b)(6).

Having reviewed the pleading, briefing, and the remainder of the record, it is hereby ORDERED that Defendants' Motion to Dismiss is GRANTED. All of Plaintiffs' claims are DISMISSED. This case is CLOSED.

DATED this 1st day of December, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE